IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


UNITED STATES OF AMERICA,

          Plaintiff,

     v.                              CRIMINAL NO.  1:07CR35
                                        (Judge Keeley)

DAVID LEE SPINKS,

          Defendant.


ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA
 BE ACCEPTED AND SCHEDULING SENTENCING HEARING


     On July 19, 2007, defendant, David Lee Spinks, appeared before
United States Magistrate Judge John S. Kaull and moved this Court
for permission to enter a plea of GUILTY to Count One of the
Indictment. The defendant stated that he understood that the
magistrate judge is not a United States District Judge, and
consented to pleading before the magistrate judge.  This Court had
referred the guilty plea to the magistrate judge for the purposes
of administering the allocution pursuant to Federal Rule of
Criminal Procedure 11, making a finding as to whether the plea was
knowingly and voluntarily entered, and recommending to this Court
whether the plea should be accepted.

     Based upon the defendant's statements during the plea hearing
and the testimony of West Virginia State Trooper John W. Smith, the
magistrate judge found that the defendant was competent to enter a
plea, that the plea was freely and voluntarily given, that the
defendant was aware of the nature of the charges against him and
the consequences of his plea, and that a factual basis existed for

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA BE ACCEPTED AND SCHEDULING SENTENCING HEARING

the tendered plea.  On July 25, 2007, the magistrate judge entered an order finding a factual basis for the plea and recommended that this Court accept the plea of guilty to Count One of the Indictment.

The magistrate judge also directed the parties to file any written objections to the report and recommendation within ten (10) days after service of the report and recommendation. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the report and recommendation.

The parties did not file any objections.  Accordingly, this Court finds that the magistrate judge's recommendation should be **AFFIRMED** and **ACCEPTS** the plea of guilty to Count One of the Indictment.

The Court **ADJUGES** the defendant **GUILTY** of the crime charged in Count One.  Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), acceptance of the proposed plea agreement and stipulated addendum to the plea agreement, is **DEFERRED** until the Court has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 <u>et seq</u>., it is hereby **ORDERED** that:

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA
BE ACCEPTED AND SCHEDULING SENTENCING HEARING**

1.   The Probation Officer undertake a presentence investigation of **DAVID LEE SPINKS** and prepare a presentence report for the Court;

**2.   The Government and the defendant are to provide their versions of the offense to the Probation Officer by August 23, 2007;**

3.   The presentence report is to be disclosed to the defendant, defense counsel, and the United States on or before **September 24, 2007**; however, the Probation Officer is directed not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(b)(6)(A);

4.   Counsel shall file **WRITTEN OBJECTIONS** to the presentence report and may file a **SENTENCING MEMORANDUM** that evaluates sentencing factors the parties believe to be relevant under 18 U.S.C. § 3553(a) (including the sentencing range under the advisory Guidelines) and explains any proposed sentence, on or before **October 9, 2007;**

5.   The Probation Officer shall submit to the Court the presentence report with addendum on or before **October 23, 2007**; and

6.   Sentencing is set for **November 6, 2007** at **9:30 a.m.**

7.   The Court continued defendant's unsecured personal recognizance bond in order to ensure his appearance before this

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION THAT DEFENDANT'S GUILTY PLEA BE ACCEPTED AND SCHEDULING SENTENCING HEARING

Court at such times and places as the Court may direct with the standard conditions of bond.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: August 10, 2007


/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE